IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNSON REGIONAL MEDICAL CENTER                              PLAINTIFF

VS.                          NO. 2:14-cv-02174-PKH

DR. ROBERT HALTERMAN                                         DEFENDANT

### MOTION FOR SUMMARY JUDGMENT

Comes now Defendant, Dr. Robert Halterman ("Defendant"), for his Motion for Summary Judgment, made pursuant to Rule 56 of the Federal Rules of Civil Procedure, and he states:

1. Plaintiff, Johnson Regional Medical Center ("Plaintiff"), seeks erroneously in its complaint to recover on two contracts, the Physician Recruitment Agreement and Physician Employment Agreement, which are attached hereto as Exhibits A and B to Exhibit 1 and incorporated herein (sometimes collectively, "Agreements").

2. Plaintiff contends that Defendant breached these Agreements when he resigned in December 2013. Yet, it is undisputed that Defendant was seriously injured in a stairwell in Plaintiff's facilities. See Affidavit of Dr. Robert Halterman, attached hereto as Exhibit 1 and incorporated herein. His injury prevented him from performing many of the surgical duties that Plaintiff had originally hired him to do. See Ex. 1.

3. Defendant's injury is the reason for his resignation. As such, his performance under the Agreements is excused. Summary judgment is proper.

4.      Excerpts from the Deposition of Larry Morse are attached hereto as Exhibit 2 in support of this Motion for Summary Judgment.

5.      A brief in support is filed concurrently herewith.

WHEREFORE, Defendant respectfully requests the Court to grant his Motion for Summary Judgment, and for all other just and proper relief to which he is entitled.

> Respectfully submitted,
>
> NISWANGER LAW FIRM PLC
> Centre Place Building
> 212 Center Street, 11th Floor
> Little Rock, AR 72201
> Phone (501) 353-1158
> iPhone (501) 773-3651
> Fax (501) 421-3651
> Email steve@niswangerlawfirm.com
> Website http://www.niswangerlawfirm.com
>
> By: _____
>     Stephen B. Niswanger, #96012
>
> *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2015, a copy of the forgoing was filed with the CM/ECF system and sent by regular mail to:

Kyle Unser, Esq.
Max R. Deitchler, Esq.
Kutak Rock LLP
The Brewer Building
234 East Millsap Rd., Suite 200
Fayetteville, AR 72703-4099

                                          _____
                                          Stephen B. Niswanger