IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNSON REGIONAL MEDICAL CENTER                                              PLAINTIFF

v.                             Case No. 2:14-CV-02174

DR. ROBERT HALTERMAN                                                          DEFENDANT

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Johnson Regional Medical Center is to have and recover from Defendant Dr. Robert Halterman $64,931.81, consisting of the following:

- $37,894.88 in principal owed under the Note;
- Accrued interest through June 9, 2016 of $3,849.93;
- Costs in the total amount of $1,491.00; and
- Attorney's fees in the total amount of $21,696.00;

with post-judgment interest to accrue on this amount at a rate of 0.67 percent until paid.

IT IS SO ORDERED AND ADJUDGED this 9th day of June, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE